PELLEGRINO DI LEO, ADMINISTRATOR, *vs.* FILIPPO
CATANZARO ET AL.

Third Judicial District.

Submitted on briefs October 26th—decided November 30th, 1921.

ACTION to recover damages for the death of the
plaintiff's decedent, alleged to have been caused by
the defendant's negligence, brought to and tried by
the Superior Court in New Haven County, *Banks,
J.;* facts found and judgment rendered for the plaintiff
for $3,500, and appeal by defendant Filippo Catanzaro.
*No error.*

*Nathaniel R. Bronson, Lawrence L. Lewis* and *Charles
E. Hart, Jr.,* for the appellant (defendant Filippo
Catanzaro).

*Francis P. Guilfoile,* for the appellee (plaintiff).

PER CURIAM. Examination of the evidence shows
that the motion to correct the finding is almost in its
entirety wholly without merit; the rest of the motion
is without significance and, if granted, could not affect
the questions of law involved in the appeal. Unless
the finding be corrected the claimed errors of law, as the
appellant concedes, cannot be successfully pursued.

There is no error.